UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT McQUEEN                                    CIVIL ACTION

versus                                            NO. 10-3649

ROBERT C. TANNER, WARDEN                          SECTION: "D" (1)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by the plaintiff on February 15, 2011, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Robert McQueen** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 18 day of February, 2011

_____
UNITED STATES DISTRICT JUDGE